**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kevin Charles Hersh Sr                              CHAPTER 13
      Kristen Elizabeth Hersh
          Debtor(s)                                        BKY. NO. 23-11336 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ *Mark A. Cronin*
                        Mark Cronin
                        18 May 2023, 12:11:43, EDT

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322