UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|    KEVIN CHARLES HERSH, SR | : | |
|    KRISTEN ELIZABETH HERSH | : | |
| | : | |
|    Debtor(s) | : | No. 23-11336 amc |

ORDER

AND NOW, this <u>22nd</u> day of May 2023, the Court having considered the Debtors' Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

      ORDERED that the Debtor is hereby granted an extension of time, up to and including ~~May 22, 2023~~ June 5, 2023, within which to file all required documents.

_____
ASHELY M. CHAN
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Mr. & Mrs. Kevin Hersh, Sr.
105 Oval Lane
North Wales, PA 19454