United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 23-11336-amc

Kevin Charles Hersh, Sr                                                                Chapter 13

Kristen Elizabeth Hersh

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kevin Charles Hersh, Sr, Kristen Elizabeth Hersh, 105 Oval Lane, North Wales, PA 19454-1825 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023                            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARK A. CRONIN | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| MICHELE PEREZ CAPILATO | |
| | on behalf of Debtor Kevin Charles Hersh  Sr perezcapilatolaw@yahoo.com, michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| MICHELE PEREZ CAPILATO | |
| | on behalf of Joint Debtor Kristen Elizabeth Hersh perezcapilatolaw@yahoo.com michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                              User: admin                              Page 2 of 2
Date Rcvd: Jun 06, 2023                           Form ID: pdf900                          Total Noticed: 1
TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| Kevin Charles Hersh, Sr | : | |
| Kristen Elizabeth Hersh | : | **Bky. No. 23-11336-AMC** |
| **Debtor** | | |

# O R D E R

      **AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of Time ("the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **June 20, 2023**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED.  If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before August 15, 2023**.

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

**Date:** June 6, 2023

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**