# Earnings Statement

**ADP**

CIOCCA AUDI VOLKSWAGEN FLEMINGTON
213 ROUTE 202
FLEMINGTON, NJ 08822

Period Beginning: 03/19/2023
Period Ending: 04/01/2023
Pay Date: 04/07/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

*LAST PAYCHECK FOR THIS EMPLOYER*

KEVIN HERSH
105 OVAL LANE
NORTH WALES PA 19454

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | | 5,700.00 | 23,700.00 |
| Demo Allowc | | | 138.46 | 969.22 |
| Mon End Bon | | | 2,387.06 | 20,757.54 |
| Vacation Pay | | 80.00 | | |
| Breakfast Bash | | | | 900.00 |
| **Gross Pay** | | | **$8,225.52** | 46,326.76 |

Your federal taxable wages this period are $7,411.20

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| 401K Employer M | 164.51 | 926.52 |

### Important Notes
BASIS OF PAY: SALARY

EFFECTIVE THIS PAY PERIOD YOU HAVE SATISFIED THE NJ SUI TAX LIMIT.

### Additional Tax Withholding Information
Taxable Marital Status:
NJ:          Married
Exemptions/Allowances:
NJ:          Table B

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -842.81 | 4,340.88 |
| Social Security Tax | -479.89 | 2,669.08 |
| Medicare Tax | -112.23 | 624.22 |
| NJ State Income Tax | -383.53 | 2,007.20 |
| NJ SUI Tax | -12.75 | 174.68 |
| NJ Paid Family Leave Ins | -4.94 | 27.80 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental Ins | -35.30* | 247.10 |
| Health Ins | -450.00* | 3,030.00 |
| 401K | -329.02* | 1,853.04 |
| 401K Loan | -62.09 | 434.63 |

| **Net Pay** | **$5,512.96** |
|---|---|
| Checking 1 | -5,512.96 |
| **Net Check** | **$0.00** |

\* Excluded from federal taxable wages

---



CIOCCA AUDI VOLKSWAGEN FLEMINGTON
213 ROUTE 202
FLEMINGTON, NJ 08822

Advice number: 00000140019
Pay date: 04/07/2023

Deposited to the account of
KEVIN HERSH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3278 | xxxx xxxx | $5,512.96 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| BK2 | 000288 | 200001 | 0000120016 | 1 |

# Earnings Statement

**ADP**

CIOCCA AUDI VOLKSWAGEN  FLEMINGTON
213 ROUTE 202
FLEMINGTON, NJ 08822

Period Beginning: 03/05/2023
Period Ending: 03/18/2023
Pay Date: 03/24/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

KEVIN HERSH
105 OVAL LANE
NORTH WALES PA 19454

## Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | 80.00 | 3,000.00 | 18,000.00 |
| Demo Allowc | | | 138.46 | 830.76 |
| Breakfast Bash | | | | 900.00 |
| Mon End Bon | | | | 18,370.48 |
| **Gross Pay** | | | **$3,138.46** | 38,101.24 |

Your federal taxable wages this period are $2,527.63

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| 401K Employer M | 62.77 | 762.01 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ:    Married
Exemptions/Allowances:
  NJ:    Table B

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Social Security Tax | -164.50 | 2,189.19 |
| Medicare Tax | -38.47 | 511.99 |
| NJ State Income Tax | -67.89 | 1,623.67 |
| NJ SUI Tax | -13.34 | 161.93 |
| NJ Paid Family Leave Ins | -1.88 | 22.86 |
| Federal Income Tax | | 3,498.07 |

**Other**

| | this period | year to date |
|---|---|---|
| Dental Ins | -35.30* | 211.80 |
| Health Ins | -450.00* | 2,580.00 |
| 401K | -125.53* | 1,524.02 |
| 401K Loan | -62.09 | 372.54 |
| **Net Pay** | **$2,179.46** | |
| Checking 1 | -2,179.46 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

---

CIOCCA AUDI VOLKSWAGEN FLEMINGTON
213 ROUTE 202
FLEMINGTON, NJ 08822

Advice number: 00000120016
Pay date: 03/24/2023

Deposited to the account of
KEVIN HERSH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3278 | xxxx xxxx | $2,179.46 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| BK2 | 000288 | 200001 | 0000100015 | 1 |

# Earnings Statement

**ADP**

CIOCCA AUDI VOLKSWAGEN FLEMINGTON
213 ROUTE 202
FLEMINGTON, NJ 08822

Period Beginning: 02/19/2023
Period Ending: 03/04/2023
Pay Date: 03/10/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

KEVIN HERSH
105 OVAL LANE
NORTH WALES PA 19454

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | 80.00 | 3,000.00 | 15,000.00 |
| Breakfast Bash | | | 900.00 | 900.00 |
| Demo Allowc | | | 138.46 | 692.30 |
| Mon End Bon | | | 2,495.32 | 18,370.48 |
| **Gross Pay** | | | **$6,533.78** | 34,962.78 |

**Deductions**

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -485.51 | 3,498.07 |
| Social Security Tax | -375.01 | 2,024.69 |
| Medicare Tax | -87.71 | 473.52 |
| NJ State Income Tax | -269.84 | 1,555.78 |
| NJ SUI Tax | -27.77 | 148.59 |
| NJ Paid Family Leave Ins | -3.92 | 20.98 |

**Other**

| | | |
|---|---|---|
| Dental Ins | -35.30* | 176.50 |
| Health Ins | -450.00* | 2,130.00 |
| 401K | -261.35* | 1,398.49 |
| 401K Loan | -62.09 | 310.45 |
| **Net Pay** | **$4,475.28** | |
| Checking 1 | -4,475.28 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $5,787.13

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| 401K Employer M | 130.67 | 699.24 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  NJ: Married
Exemptions/Allowances:
  NJ: Table B

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

CIOCCA AUDI VOLKSWAGEN FLEMINGTON
213 ROUTE 202
FLEMINGTON, NJ 08822

Advice number: 00000100015
Pay date: 03/10/2023

Deposited to the account of
KEVIN HERSH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3278 | xxxx xxxx | $4,475.28 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| BK2 | 000288 | 200001 | | 0000080015 | 1 |

**Earnings Statement** ADP

CIOCCA AUDI VOLKSWAGEN FLEMINGTON
213 ROUTE 202
FLEMINGTON, NJ 08822

Period Beginning: 02/05/2023
Period Ending: 02/18/2023
Pay Date: 02/24/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

KEVIN HERSH
105 OVAL LANE
NORTH WALES PA 19454

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3000.00 | 80.00 | 3,000.00 | 12,000.00 |
| Demo Allowc | | | 138.46 | 553.84 |
| Mon End Bon | | | | 15,875.16 |
| **Gross Pay** | | | **$3,138.46** | 28,429.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Employer M | 62.77 | 568.57 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
NJ: Married
Exemptions/Allowances:
NJ: Table B

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -166.35 | 1,649.68 |
| | Medicare Tax | -38.90 | 385.81 |
| | NJ State Income Tax | -67.89 | 1,285.94 |
| | NJ SUI Tax | -13.34 | 120.82 |
| | NJ Paid Family Leave Ins | -1.89 | 17.06 |
| | Federal Income Tax | | 3,012.56 |
| | Other | | |
| | Dental Ins | -35.30* | 141.20 |
| | Health Ins | -420.00* | 1,680.00 |
| | 401K | -125.53* | 1,137.14 |
| | 401K Loan | -62.09 | 248.36 |
| **Net Pay** | | **$2,207.17** | |
| Checking 1 | | -2,207.17 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,557.63

© 2000 ADP, Inc.

CIOCCA AUDI VOLKSWAGEN FLEMINGTON
213 ROUTE 202
FLEMINGTON, NJ 08822

Advice number: 00000080015
Pay date: 02/24/2023

Deposited to the account of
KEVIN HERSH

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3278 | xxxx xxxx | $2,207.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**