UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Kevin Charles Hersh, Sr<br>    Kristen Elizabeth Hersh<br><br>    Debtors | Chapter 13<br>Bankruptcy No.23-11336-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 5th day of October, 2023, by first class mail upon those listed below:

Kevin Charles Hersh, Sr
Kristen Elizabeth Hersh
105 Oval Lane
North Wales, PA  19454

**Electronically via CM/ECF System Only:**

MICHELE PEREZ CAPILATO ESQ
500 OFFICE CENTER DRIVE, STE 400
FORT WASHINGTON, PA  19034-3234

                                         */s/ Kristen Gliem*
                                         Kristen Gliem
                                         for
                                         Scott F. Waterman, Esquire
                                         Standing Chapter 13 Trustee