## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kevin Charles Hersh Sr<br>          Kristen Elizabeth Hersh<br><br>                              Debtors | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC, its successors<br>and/or assignees<br>                              Movant<br>           vs. | NO. 23-11336 AMC |
| Kevin Charles Hersh Sr<br>Kristen Elizabeth Hersh<br><br>                              Debtors | |
| Scott F. Waterman<br><br>                              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about July 28, 2023.


Dated: November 10, 2023

                        Respectfully submitted,


                        /s/Mark A. Cronin
                        Mark A. Cronin, Esq.
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        Phone: (215) 627-1322
                        mcronin@kmllawgroup.com