United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 23-11336-amc

Kevin Charles Hersh, Sr                                                         Chapter 13

Kristen Elizabeth Hersh
        Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 24, 2024 | Form ID: 155 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin Charles Hersh, Sr, Kristen Elizabeth Hersh, 105 Oval Lane, North Wales, PA 19454-1825 |
| 14779978 | + | FIDELITY, PO Box 770001, CINCINNATTI, OH 45277-0001 |
| 14845777 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14783111 | + | PENNYMAC LOAN SERVICES, LLC, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14781508 | + | Email/Text: bkfilings@zwickerpc.com | Jan 25 2024 08:11:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14789717 | | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 08:27:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787530 | + | Email/Text: bkfilings@zwickerpc.com | Jan 25 2024 08:11:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14779970 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 08:27:47 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 14779971 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2024 08:27:16 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14779973 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 08:16:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14779974 | + | Email/Text: bankruptcy@cavps.com | Jan 25 2024 08:10:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14779975 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:58 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14791010 | | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2024 08:10:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14786138 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:40 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14779977 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:39 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14791198 | | Email/Text: mrdiscen@discover.com | Jan 25 2024 08:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 23-11336-amc    Doc 45    Filed 01/26/24    Entered 01/27/24 00:33:08    Desc Imaged
Certificate of Notice    Page 2 of 4


District/off: 0313-2                          User: admin                              Page 2 of 3
Date Rcvd: Jan 24, 2024                       Form ID: 155                       Total Noticed: 38

| | | | |
|---|---|---|---|
| 14779976 | + Email/Text: mrdiscen@discover.com | Jan 25 2024 08:10:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14779979 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 25 2024 08:10:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14822985 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 25 2024 08:10:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14791036 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 08:16:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14779980 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 25 2024 08:11:00 | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14779981 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 25 2024 08:11:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14784004 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 25 2024 08:11:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14779982 | + Email/Text: bankruptcynotices@psecu.com | Jan 25 2024 08:11:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14782963 | ^ MEBN | Jan 25 2024 08:02:09 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14798257 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2024 08:10:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14779972 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 25 2024 08:10:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14795197 | + Email/Text: bankruptcynotices@psecu.com | Jan 25 2024 08:11:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14779983 | + Email/PDF: ebnotices@pnmac.com | Jan 25 2024 08:27:11 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14796889 | + Email/PDF: ebnotices@pnmac.com | Jan 25 2024 08:16:56 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14779984 | ^ MEBN | Jan 25 2024 08:02:03 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14779985 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 25 2024 08:16:40 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14779986 | + Email/Text: bncmail@w-legal.com | Jan 25 2024 08:10:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14797476 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 25 2024 08:10:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14779987 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 25 2024 08:10:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14779989 | + Email/Text: bkelectronicnotices@usaa.com | Jan 25 2024 08:10:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 14779988 | + Email/Text: LCI@upstart.com | Jan 25 2024 08:10:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14780688 | ^ MEBN | Jan 25 2024 08:02:08 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 34

District/off: 0313-2                        User: admin                        Page 3 of 3

Date Rcvd: Jan 24, 2024                    Form ID: 155                        Total Noticed: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:**

**Name**                        **Email Address**

DENISE ELIZABETH CARLON
                                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

MARK A. CRONIN
                                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

MICHELE PEREZ CAPILATO
                                on behalf of Debtor Kevin Charles Hersh  Sr michelecapilatolaw@gmail.com,
                                perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

MICHELE PEREZ CAPILATO
                                on behalf of Joint Debtor Kristen Elizabeth Hersh michelecapilatolaw@gmail.com
                                perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com

SCOTT F. WATERMAN [Chapter 13]
                                ECFMail@ReadingCh13.com

United States Trustee
                                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

Case 23-11336-amc   Doc 45   Filed 01/26/24   Entered 01/27/24 00:33:08   Desc Imaged
Certificate of Notice   Page 4 of 4

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Kevin Charles Hersh, Sr and Kristen
Elizabeth Hersh

        Debtor(s)

                                        Chapter: 13

                                        Bankruptcy No: 23−11336−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this January 24, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Ashely M. Chan
                                        Judge, United States Bankruptcy Court

43 − 34
Form 155