| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11336-AMC**

Kevin Charles Hersh, Sr
Kristen Elizabeth Hersh
105 Oval Lane
North Wales  PA    19454

Petition Filed Date: 05/08/2023
341 Hearing Date: 08/11/2023
Confirmation Date: 01/24/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $500.00 | 5167270 | 08/04/2023 | $500.00 | 5167271 | 09/05/2023 | $500.00 | 5167566 |
| 10/04/2023 | $2,000.00 | | 10/19/2023 | $2,000.00 | | 11/21/2023 | $2,000.00 | |
| 12/15/2023 | $2,000.00 | | 01/23/2024 | $2,000.00 | | 02/27/2024 | $2,000.00 | |
| 03/21/2024 | $2,000.00 | | 05/06/2024 | $2,000.00 | | 06/04/2024 | $2,000.00 | |
| 07/01/2024 | $5,720.75 | | | | | | | |

**Total Receipts for the Period:  $25,220.75   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $30,941.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MICHELE PEREZ CAPILATO ESQ | Attorney Fees | $3,700.00 | $3,700.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $17,634.66 | $0.00 | $17,634.66 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Crediors | $196,966.19 | $24,162.34 | $172,803.85 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02S | Secured Creditors | $44,194.59 | $0.00 | $44,194.59 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $74,443.09 | $0.00 | $74,443.09 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 003 | Unsecured Creditors | $9,970.71 | $0.00 | $9,970.71 |
| 6 | CITIBANK NA<br>»» 004 | Unsecured Creditors | $1,032.92 | $0.00 | $1,032.92 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $14,775.24 | $0.00 | $14,775.24 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $13,917.49 | $0.00 | $13,917.49 |
| 9 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $5,829.91 | $0.00 | $5,829.91 |
| 10 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $4,688.12 | $0.00 | $4,688.12 |
| 11 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $2,003.70 | $0.00 | $2,003.70 |
| 12 | DISCOVER BANK<br>»» 010 | Unsecured Creditors | $16,212.76 | $0.00 | $16,212.76 |
| 13 | DISCOVER BANK<br>»» 011 | Unsecured Creditors | $10,412.55 | $0.00 | $10,412.55 |
| 14 | PSECU<br>»» 012 | Secured Creditors | $1,847.36 | $0.00 | $1,847.36 |

**Chapter 13 Case No. 23-11336-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PSECU<br>»» 013 | Unsecured Creditors | $772.31 | $0.00 | $772.31 |
| 16 | PSECU<br>»» 014 | Unsecured Creditors | $772.31 | $0.00 | $772.31 |
| 17 | PSECU<br>»» 015 | Unsecured Creditors | $13,693.12 | $0.00 | $13,693.12 |
| 18 | PENNYMAC LOAN SERVICES LLC<br>»» 016 | Mortgage Arrears | $17,978.17 | $0.00 | $17,978.17 |
| 19 | US BANK NA<br>»» 017 | Unsecured Creditors | $3,814.54 | $0.00 | $3,814.54 |
| 20 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $15,822.77 | $0.00 | $15,822.77 |
| 21 | PNC BANK<br>»» 019 | Unsecured Creditors | $1,457.47 | $0.00 | $1,457.47 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,941.50 | Current Monthly Payment: | $5,720.75 |
| Paid to Claims: | $27,862.34 | Arrearages: | $5,720.75 |
| Paid to Trustee: | $3,079.16 | Total Plan Base: | $294,096.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.