United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11336-amc |
| Kevin Charles Hersh, Sr | Chapter 13 |
| Kristen Elizabeth Hersh | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 01, 2025 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin Charles Hersh, Sr, Kristen Elizabeth Hersh, 105 Oval Lane, North Wales, PA 19454-1825 |
| 14845777 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14783111 | + | PENNYMAC LOAN SERVICES, LLC, c/o MARK A. CRONIN, KML Law Group, P.C., 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14779984 | + | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 02 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14781508 | + | Email/Text: bkfilings@zwickerpc.com | May 02 2025 00:59:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14789717 | | Email/PDF: bncnotices@becket-lee.com | May 02 2025 02:15:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14787530 | + | Email/Text: bkfilings@zwickerpc.com | May 02 2025 00:59:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14779970 | + | Email/PDF: bncnotices@becket-lee.com | May 02 2025 02:15:48 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 14779971 | + | Email/PDF: bncnotices@becket-lee.com | May 02 2025 02:39:01 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14779973 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2025 01:43:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14779974 | + | Email/Text: bankruptcy@cavps.com | May 02 2025 00:59:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14779975 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2025 01:42:13 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14791010 | | Email/Text: bnc-quantum@quantum3group.com | May 02 2025 00:59:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |

Case 23-11336-amc    Doc 61    Filed 05/03/25    Entered 05/04/25 00:39:39    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 01, 2025 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | Flag | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14786138 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2025 01:42:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14779977 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 02 2025 02:14:28 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14791198 | | Email/Text: mrdiscen@discover.com | May 02 2025 00:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14779976 | + | Email/Text: mrdiscen@discover.com | May 02 2025 00:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14779978 | ^ | MEBN | May 02 2025 00:43:19 | FIDELITY, PO Box 770001, CINCINNATTI, OH 45277-0001 |
| 14779979 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 02 2025 00:59:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14822985 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 02 2025 00:59:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14791036 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2025 01:42:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14779980 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 02 2025 00:59:00 | Navy FCU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14779981 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 02 2025 00:59:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14784004 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 02 2025 00:59:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14779982 | + | Email/Text: bankruptcynotices@psecu.com | May 02 2025 00:59:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14782963 | ^ | MEBN | May 02 2025 00:43:16 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14779972 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2025 00:59:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14798257 | | Email/Text: Bankruptcy.Notices@pnc.com | May 02 2025 00:59:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14795197 | + | Email/Text: bankruptcynotices@psecu.com | May 02 2025 00:59:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14779983 | + | Email/PDF: ebnotices@pnmac.com | May 02 2025 02:14:38 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14796889 | + | Email/PDF: ebnotices@pnmac.com | May 02 2025 02:15:50 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14779985 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 02 2025 01:42:02 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14779986 | + | Email/Text: bncmail@w-legal.com | May 02 2025 00:59:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14797476 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 02 2025 00:59:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14779987 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 02 2025 00:59:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14779989 | + | Email/Text: bkelectronicnotices@usaa.com | May 02 2025 00:59:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 14779988 | + | Email/Text: LCI@upstart.com | May 02 2025 00:59:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 01, 2025 | Form ID: pdf900 | Total Noticed: 40 |

14780688        ^  MEBN

Box 1503, San Carlos, CA 94070-7503

May 02 2025 00:43:14    Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2025                             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ekishbaugh@kmllawgroup.com |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Kevin Charles Hersh  Sr michelecapilatolaw@gmail.com, perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| MICHELE PEREZ CAPILATO | on behalf of Joint Debtor Kristen Elizabeth Hersh michelecapilatolaw@gmail.com perezcapilatolaw@yahoo.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Kevin Charles Hersh, Sr<br>    Kristen Elizabeth Hersh<br><br>    Debtors | Chapter 13<br><br>Bankruptcy No. 23-11336-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 1, 2025**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE