## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  JAMES C. ESCHER | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO.  13-20781-sr |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  James C. Escher

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
   Plaintiff
   Defendant
   Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
x Debtor
   Creditor
   Trustee
   Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:     Order Entered February 3, 2016, Granting the Motion of Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trusdtee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificartes, Series 2004-BC1 for Relief from Automatic Stay as to Debtor and Co-Debtor, and Modifying the Automatic Stay with respect to the premises at 1167 Muhlenberg Avenue, Swarthmore, PA  19081 as to allow the Movant to take any legal action for enforcement of its right under state law and the loan documents.

2. State the date on which the judgment, order, or decree was entered:  February 3, 2016

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names,

addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Nationstar Mortgage, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as Trusdtee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-BC1
c/o Nicole B. LaBletta, Esquire
Udren Law Offices, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003-3620
(856) 669-5400

Frederick L. Reigle, Esquire
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA  19606
(610) 779-1313

United States Trustee
c/o Frederic J. Baker, Esquire
Sr. Assistant United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107
(215) 597-4411

James C. Escher
c/o Roger V. Ashodian
Regional Bankruptcy Center of
  Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.      Not applicable   

**Part 5: Sign below**

Dated:      February 17, 2016

Roger V. Ashodian; Attorney ID #42586
Regional Bankruptcy Center of Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Appellant/Debtor